JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES APARICIO, | Case No. EDCV 15-00909-JVS (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 26, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1